United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 13-10569-jkf
Joseph G. Wingert                                               Chapter 7
Joseph G. Wingert
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey                Page 1 of 1          Date Rcvd: Jul 13, 2016
                              Form ID: 195                Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2016.
```
db             +Joseph G. Wingert,    MAILING ADDRESS,    PO Box 205,    Lahaska, PA 18931-0205
db            #+Joseph G. Wingert,    76 N. Main Street,    New Hope, PA 18938-1328
jdb            +Lynn Campbell Wingert,    (DECEASED 6/15/2015),    146 Fernbrook Avenue,    Wyncote, PA 19095-1507
cr              ECast Settlement Corporation,    PO Box 29262,    New York, NY 10087-9262
cr             +PNC Bank, N.A.,    C/o Shannon B. Kreshtool, Esquire,    Weinstock, Friedman & Friedman, P.A.,
                 4 Reservoir Circle,    Baltimore, MD 21208-6319
cr             +Philadelphia Gas Works,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
cr             +School District of Cheltenham Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr             +WELLS FARGO HOME MORTGAGE,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2016 at the address(es) listed below:
```
              ALANE A. BECKET2    on behalf of Creditor    ECast Settlement Corporation notices@becket-lee.com
              ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ASwartz@mwc-law.com,    ecfmail@mwc-law.com
              BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
               NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              CHRISOVALANTE FLIAKOS    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              GERALD THOMAS CLARK    on behalf of Creditor    Philadelphia Gas Works gerald.clark@pgworks.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    School District of Cheltenham Township
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank,  N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              JON M. ADELSTEIN    on behalf of Debtor Joseph G. Wingert jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Joint Debtor Lynn Campbell Wingert
               jadelstein@adelsteinkaliner.com,    jsbamford@adelsteinkaliner.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Wells Fargo Bank,  N.A. paeb@fedphe.com
              KEVIN H. BURAKS    on behalf of Creditor    School District of Cheltenham Township
               kburaks@portnoffonline.com
              KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank,  N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 17
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Joseph G. Wingert : Case No. 13–10569–jkf
 Debtor(s)

***ORDER***
_____

AND NOW, this day , July 13, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

110
Form 195